**Financial Freedom Group LLC**
**(includes Sky Bridge Financial and Debt Blue Consolidated - DebtBlue and NDRS)**
**Unaudited Profit & Loss**
By Quarter for 2019 & 2020

2:13 PM
01/07/21
Accrual Basis

| | Q1'2019 | Q2'2019 | Q3'2019 | Q4'2019 | Full Year 2019 | Q1'2020 | Q2'2020 | Q3'2020 | Q4'2020 | Full Year 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | |
| **Income** | | | | | | | | | | |
| Earned Performance Fees | 2,463,160.77 | 2,452,224.76 | 1,809,514.90 | 2,137,504.97 | 8,862,405.40 | 954,310.55 | 2,300,249.17 | 2,958,327.21 | 2,722,814.07 | 8,935,701.00 |
| Accelerated Fees | 372,992.31 | 517,480.54 | 402,518.47 | 344,856.94 | 1,637,848.26 | 53,729.17 | 59,369.17 | 81,953.23 | 31,292.78 | 226,344.35 |
| Veritas / FFL | - | (485.25) | 2,577.05 | 8,519.52 | 10,611.32 | 26,446.49 | 43,615.39 | 62,465.09 | 109,916.91 | 242,443.88 |
| CLG Administrator Fees | - | - | - | - | - | - | - | 241,200.00 | 1,028,450.00 | 1,269,650.00 |
| Interest Income | 55,083.08 | 41,277.28 | 956.75 | (8,366.13) | 88,950.98 | 20,228.58 | 34,779.17 | 42,304.01 | 44,317.94 | 141,629.70 |
| Accrued Interest | - | 11,572.01 | 16,232.30 | 23,816.65 | 51,620.96 | 14,591.77 | - | - | - | 14,591.77 |
| Orginating Service Income | - | - | 2,486.34 | 4,971.55 | 7,457.89 | - | - | - | - | - |
| Service Fee | 8,136.92 | 95,714.36 | 141,064.41 | 156,756.72 | 401,672.41 | 176,683.69 | 6,478.30 | 14,349.43 | 6,338.48 | 203,849.90 |
| Loan Sale Premiums | 33,381.18 | 51,670.10 | 64,840.81 | 130,689.54 | 280,581.63 | 95,494.47 | - | - | - | 95,494.47 |
| Origination fees | - | - | - | - | - | - | - | - | - | - |
| Income - Other | - | - | - | 19,950.00 | 19,950.00 | 1,336,216.64 | - | - | 36,635.36 | 1,372,852.00 |
| **Total Income** | **2,932,754.26** | **3,169,453.80** | **2,440,191.03** | **2,818,699.76** | **11,361,098.85** | **2,677,701.36** | **2,444,491.20** | **3,400,598.97** | **3,979,765.54** | **12,502,557.07** |
| Total Adjustments | 9,058.72 | 19,610.45 | 19,361.29 | 39,550.61 | 87,581.07 | 50,330.00 | 141,340.43 | 143,439.41 | 655,846.30 | 990,956.14 |
| **Gross Profit** | **2,923,695.54** | **3,149,843.35** | **2,420,829.74** | **2,779,149.15** | **11,273,517.78** | **2,627,371.36** | **2,303,150.77** | **3,257,159.56** | **3,323,919.24** | **11,511,600.93** |
| | | | | | | | | | | |
| **Expense** | | | | | | | | | | |
| Marketing | 1,156,367.67 | 970,969.35 | 596,699.19 | 512,354.38 | 3,236,390.59 | 346,037.91 | 986,019.71 | 991,641.17 | 651,945.10 | 2,975,643.89 |
| Interest Expense | 420,379.69 | 412,334.44 | 185,128.89 | 147,854.17 | 1,165,697.19 | 178,383.33 | 328,280.36 | 338,280.19 | 432,288.32 | 1,277,232.20 |
| Travel | 15,008.18 | 9,325.12 | 1,955.15 | 6,896.05 | 33,184.50 | 1,793.50 | 1,725.87 | (1,693.92) | 254.56 | 2,080.01 |
| **Staff** | | | | | | | | | | |
| Employee Incentives | 21,620.23 | 10,605.95 | 1,005.80 | 5,861.30 | 39,093.28 | 33,781.89 | 42,729.36 | 25,772.40 | 20,759.60 | 123,043.25 |
| Salary / Wages | 1,734,703.15 | 1,872,567.95 | 1,326,820.13 | 1,390,976.75 | 6,325,067.98 | 1,110,214.55 | 995,282.59 | 1,134,912.69 | 1,047,093.18 | 4,287,503.01 |
| Benefits | 150,608.30 | 163,659.52 | 141,619.09 | 85,810.88 | 541,697.79 | 70,725.41 | 66,498.52 | 62,099.65 | 54,333.69 | 253,657.27 |
| Payroll Taxes | 157,068.84 | 147,790.60 | 102,357.16 | 92,891.22 | 500,107.82 | 100,338.79 | 72,263.69 | 81,868.73 | 80,878.68 | 335,349.89 |
| Other Payroll / Staff Expenses | 9,542.68 | 12,509.45 | 9,778.62 | 8,166.37 | 39,997.12 | 148.11 | - | - | - | 148.11 |
| **Total Staff Expenses** | **2,073,543** | **2,207,133** | **1,581,581** | **1,583,707** | **7,445,964** | **1,315,209** | **1,176,774** | **1,304,653** | **1,203,065** | **4,999,702** |
| Postage & Delivery Fees | 10,081.15 | 8,368.19 | 5,714.35 | 2,811.30 | 26,974.99 | 3,421.76 | 9,179.48 | 1,309.49 | 1,865.30 | 15,776.03 |
| Professional Fees | 133,674.29 | 141,265.78 | 135,165.75 | 102,032.19 | 512,138.01 | 94,996.24 | 82,787.13 | 162,726.62 | 127,081.45 | 467,591.44 |
| Depreciation & Amortization | - | 92,680.50 | 9,860.33 | 68,487.50 | 171,028.33 | - | - | - | 187,613.94 | 187,613.94 |
| Occupancy Expense | 130,435.89 | 119,729.39 | 80,324.56 | 123,560.28 | 454,050.12 | 47,850.67 | 220,032.70 | 241,490.29 | 187,326.83 | 696,700.49 |
| Bank Service Charges | 1,973.60 | 2,666.14 | 2,701.94 | 1,651.09 | 8,992.77 | 5,412.10 | 4,869.70 | 5,074.95 | 2,229.27 | 17,586.02 |
| Business Licenses and Permits | 27,950.39 | 21,699.71 | 11,440.48 | 27,436.85 | 88,527.43 | 34,106.69 | 15,421.73 | 20,000.11 | 29,577.46 | 99,105.99 |
| Dues & Subscriptions | 56,652.75 | 118,863.22 | 81,120.20 | 74,795.27 | 331,431.44 | 43,594.26 | 124,186.96 | 72,620.84 | 107,057.53 | 347,459.59 |
| Office Supplies | 12,129.33 | 9,742.11 | 7,915.90 | 5,784.02 | 35,571.36 | 10,763.51 | 22,179.16 | 4,637.81 | 11,262.59 | 48,843.07 |
| Communications Expense | 73,997.89 | 65,885.14 | 42,838.78 | 36,406.65 | 219,128.46 | 19,695.79 | 22,972.21 | 40,004.59 | 29,173.75 | 111,846.34 |
| Contract Labor | 212,450.00 | 236,428.57 | 154,798.04 | 35,331.55 | 639,008.16 | 7,000.00 | 28,000.00 | 14,000.00 | 22,626.00 | 71,626.00 |
| Servicer Fee | 22,419.83 | 22,525.52 | - | 49,244.76 | 94,190.11 | (7,123.41) | (9,238.21) | 12,642.36 | 12,295.13 | 8,575.87 |
| Utilities | 528.77 | 934.14 | 1,149.85 | 382.97 | 2,995.73 | 1,253.06 | 416.53 | 945.50 | 406.45 | 3,021.54 |
| Other Operating Expense | 51,108.78 | 37,369.50 | 39,033.05 | 161,427.15 | 288,938.48 | 33,216.56 | 11,527.79 | 11,719.94 | 128,069.01 | 184,533.30 |
| **Total Expense** | **4,398,701** | **4,477,920** | **2,937,427** | **2,940,163** | **14,754,212** | **2,135,611** | **3,025,135** | **3,220,053** | **3,134,138** | **11,514,937** |
| **Net Oridinary Income** | **(1,475,006)** | **(1,328,077)** | **(516,598)** | **(161,014)** | **(3,480,694)** | **491,761** | **(721,985)** | **37,106** | **189,781** | **(3,336)** |
| | | | | | | | | | | |
| Other Income / Expense | 316.29 | 1,234.00 | 3,500.00 | 32,853.32 | 37,903.61 | 23,914.66 | 62,139.01 | 57,730.96 | 1,000,956.54 | 1,144,741.17 |
| **Net Income** | **(1,474,690)** | **(1,326,843)** | **(513,098)** | **(128,160)** | **(3,442,790)** | **515,675** | **(659,846)** | **94,837** | **1,190,738** | **1,141,405** |