# Financial Freedom Group LLC
## (includes Sky Bridge Financial and Debt Blue Consolidated)
## Unaudited Profit & Loss
### Second Fiscal Quarter for 2019 & 2020

PageID 23 · Page 1 of 1 · Filed 10/04/24 · Document 1-2 · Case 3:24-cv-02510-D

| | Apr 19 | May 19 | Jun 19 | Q2'19 | Apr 20 | May 20 | Jun 20 | Q2'20 | Q2'20 H/(L) Q2'19 |
|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | |
| **Income** | | | | | | | | | |
| Earned Performance Fees | 825,115.10 | 826,840.90 | 800,268.76 | 2,452,224.76 | 831,410.87 | 742,846.23 | 725,992.07 | 2,300,249.17 | (151,975.59) |
| Accelerated Fees | 211,833.27 | 150,260.16 | 155,387.11 | 517,480.54 | 21,342.54 | 24,626.65 | 13,399.98 | 59,369.17 | (458,111.37) |
| Veritas / FFL | - | (550.00) | 64.75 | (485.25) | 12,749.59 | 13,571.60 | 17,294.20 | 43,615.39 | 44,100.64 |
| CLG Administrator Fees | - | - | - | - | - | - | - | - | - |
| Interest Income | 16,532.12 | 13,563.85 | 11,181.31 | 41,277.28 | 7,101.45 | 12,875.81 | 14,801.91 | 34,779.17 | (6,498.11) |
| Accrued Interest | - | - | 11,572.01 | 11,572.01 | - | - | - | - | (11,572.01) |
| Orginating Service Income | - | - | - | - | - | - | - | - | - |
| Service Fee | 28,286.41 | 30,400.95 | 37,027.00 | 95,714.36 | - | 1,399.80 | 5,078.50 | 6,478.30 | (89,236.06) |
| Loan Sale Premiums | 13,735.12 | 16,950.04 | 20,984.94 | 51,670.10 | - | - | - | - | (51,670.10) |
| Origination fees | - | - | - | - | - | - | - | - | - |
| Income - Other | - | - | - | - | - | - | - | - | |
| **Total Income** | 1,095,502.02 | 1,037,465.90 | 1,036,485.88 | 3,169,453.80 | 872,604.45 | 795,320.09 | 776,566.66 | 2,444,491.20 | (724,962.60) |
| Total Adjustments | 1,142.71 | 7,506.97 | 10,960.77 | 19,610.45 | 11,900.92 | 11,301.60 | 118,137.91 | 141,340.43 | 121,729.98 |
| **Gross Profit** | 1,094,359.31 | 1,029,958.93 | 1,025,525.11 | 3,149,843.35 | 860,703.53 | 784,018.49 | 658,428.75 | 2,303,150.77 | (846,692.58) -26.9% |
| **Returns and Allowances** | $ (762.50) | $ (1,188.00) | $ - | $ (1,950.50) | $ (11,900.92) | $ (11,301.60) | $ (118,137.91) | $ (141,340.43) | |
| Exclude Cost of Loans for SBF | (380.21) | (6,318.97) | (10,960.77) | (17,659.95) | - | - | - | - | - |
| **Adjusted Gross Receipts** | 1,096,264.52 | 1,038,653.90 | 1,036,485.88 | 3,167,503.30 | 860,703.53 | 784,018.49 | 658,428.75 | 2,303,150.77 | (864,352.53) -27.3% |

*The enclosed financials are accurate to the best of my knowledge based on all of the available records.*

*7/11/2024*

*Barry C. B___*